15691.  SOUTHERN RAILWAY COMPANY *v.* POWELL,
administratrix.

STEPHENS, J.  It appearing that the plaintiff's intestate, who, while an employee of the defendant railroad, in the discharge of his duty, received injuries from a second explosion in the defendant's freight-depot, where he was employed as a clerk, which occurred about ten or fifteen minutes after the explosion referred to in the case of *Southern Railway Co.* v. *Eichelberger*, ante, 532 (126 S. E. 912), and after the plaintiff, in compliance with an order from an agent of the defendant, in general charge of the depot and the men working there, had gone back into the building for the purpose of rescuing some of the employees injured in the first explosion, and it being inferable that the second explosion was but a continuance of the first explosion, and that the first explosion was caused by the negligence of the defendant, in the manner in which certain explosives it had received for shipment were handled, a verdict for the plaintiff was authorized.

*Judgment affirmed. Jenkins, P. J., and Bell, J., concur.*

DECIDED FEBRUARY 28, 1925.

Action for damages; from Richmond superior court—Judge A. L. Franklin.  May 10, 1924.

*Cumming & Harper,* for plaintiff in error.

*Isaac S. Peebles Jr., William M. Howard,* contra.

---

15728.  CRAWFORD *v.* JACKSON.

STEPHENS, J.  The evidence authorized the inference that the clerk of the superior court inadvertently failed to enter the date of filing on the declaration in attachment, which was filed within the time allowed by law; and the court did not err in ordering the clerk to make a nunc pro tunc entry of the true date of filing and in overruling the motion to dismiss the declaration in attachment.

*Judgment affirmed. Jenkins, P. J., and Bell, J., concur.*

DECIDED FEBRUARY 28, 1925.

Attachment; from Fulton superior court—Judge E. D. Thomas.  May 30, 1924.

*Walter A. Sims, J. E. Berman,* for plaintiff in error.

*H. B. Moss, Neufville & Neufville,* contra.